1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant
   NAHUM CHAVEZ MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00633-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. | |
| NAHUM CHAVEZ MARTINEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant NAHUM CHAVEZ MARTINEZ ("Mr. Chavez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 13, 2012, to January 10, 2013, at 9:00 a.m.

1. Mr. Chavez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for December 13, 2012, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR  12-00633-DLJ                                              1

1    3. On November 7, 2012, Mr. Chavez was indicted for possession of methamphetamine

2    with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1). That case, CR 12-796, was

3    assigned to the Honorable United States District Judge Edward J. Davila, and the government is

4    in the process of moving to have the cases related.

5    4. Mr. Chavez needs more time to review and discuss with counsel the discovery in the

6    recently indicted drug case, and to explore the possibilities of a consolidated disposition in the

7    event that he chooses to change his pleas.

8    5. Accordingly, Mr. Chavez respectfully requests that the status hearing be continued as

9    requested, and agrees to the exclusion of time from December 13, 2012, to January 10, 2013,

10    pursuant to 18 U.S.C. § 3161 (h)(7)(A).

11    5. Accordingly, the parties request that the status hearing be continued from December

12    13, 2012, to January 10, 2013, at 9:00 a.m.

13

14    IT IS SO STIPULATED.

15                                  Respectfully submitted,

16                                  STEVEN G. KALAR
                                    Federal Public Defender

17

18                                  /S/

19    Dated: December 10, 2012        ROBERT M. CARLIN
                                    Assistant Federal Public Defender

20

21                                  UNITED STATES ATTORNEY

22                                  /S/

23    Dated: December 10, 2012
                                  MEREDITH EDWARDS

24                                  Special Assistant United States Attorney

25

26

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for NAHUM CHAVEZ MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00633-DLJ |
| Plaintiff, | [] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| NAHUM CHAVEZ MARTINEZ, | |
| Defendant. | |

1. Mr. Chavez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for December 13, 2012, at 9:00 a.m.

3. On November 7, 2012, Mr. Chavez was indicted for possession of methamphetamine with the intent to distribute, in violation of 21 U.S.C. §.841 (a)(1). That case, CR 12-796, was assigned to the Honorable United States District Judge Edward J. Davila, and the government is in the process of moving to have the cases related.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00633-DLJ                3

4. Mr. Chavez needs more time to review and discuss with counsel the discovery in the recently indicted drug case, and to explore the possibilities of a consolidated disposition in the event that he chooses to change his pleas.

5. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from December 13, 2012, to January 10, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued from December 13, 2012, to January 10, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: FGFFG  _____
HON. D. LOWELL JENSEN
United States District Judge